# Third District Court of Appeal

## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2465
Lower Tribunal No. 13-21158
_____

**Miguel Rodriguez, et al.,**
Appellants,

vs.

**U. S. Bank, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Troutman Pepper Hamilton Sanders LLP, and Albert A. Zakarian (Atlanta, GA), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.